**94–1713.** State v. Billings. *Hamilton County,* No. C–910660. Appellant has filed an untimely appeal of the court of appeals decision denying his application for reopening under App.R. 26(B) and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this cause be, and hereby is, dismissed for lack of jurisdiction.

*Wednesday, August 17, 1994*

## MISCELLANEOUS DISMISSALS

**94–1639.** State v. Cole. *Hamilton County,* No. C–920873. Appellant has filed an untimely appeal of the court of appeals decision denying his application for reopening under App.R. 26(B) and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

*Thursday, August 18, 1994*

## MISCELLANEOUS DISMISSALS

**94–1616.** State v. Bell. *Cuyahoga County,* No. 62325. Appellant has filed an untimely appeal of the court of appeals decision denying his application for reopening under App.R. 26(B) and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the motion for delayed appeal be, and hereby is, stricken, effective August 17, 1994.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

*Friday, August 19, 1994*

## MOTION DOCKET

**94–1515.** State v. Barber. *Cuyahoga County,* No. 65262. On application for stay of execution. Application denied.

**94–1721.** State v. Brumback. *Lorain County,* No. 94CA005868. On emergency motion to expedite ruling on jurisdictional question and/or to grant bail pending appeal. The motion for bail is denied.

WRIGHT and F.E. SWEENEY, JJ., dissent.

The motion for leave to appeal is denied.